Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Aden Kebede
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Aden_Kebede@fd.org

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>         Plaintiff,<br><br>    v.<br><br>Macrina Rose Tedtaotao,<br><br>         Defendant. | Case No. 2:22-cr-00078-JCM-VCF<br><br>**Order Granting Motion to Terminate Supervision** |

Presently before the Court is Defendant's Motion for Appointment of Counsel (ECF No. 2) and Motion for Early Termination of Supervised Release (ECF No. 3). Based on representations by the government, defense counsel filed a Notice of Non-Opposition (ECF No. 4) indicating that the government does not oppose the motion. Having read and considered the motion for appoint of counsel and good cause being found, it is **GRANTED**. The office of the Federal Public Defender is appointed to represent Defendant in this supervised release matter.

/ / /

/ / /

/ / /

Having also considered the factors regarding the Defendant's request to terminate supervision, and good cause being found, and in accordance with Local Rule 7-2(d), the Defendant's Motion for Early Termination of Supervision is **GRANTED**. The Defendant's term of supervised release is terminated immediately.

Dated July 8, 2022.

_____
James C. Mahan
United States District Judge